UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. MARTIN B. D. D., | Case No. 2:23-cv-02973-SSC |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARTIN J. O'MALLEY, | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed consistent with the Memorandum and Order filed concurrently herewith.

DATED: July 22, 2024

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE